# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: CROP INPUTS ANTITRUST LITIGATION | )<br>)<br>) | 4:21-md-02993 SEP<br><br>**ALL CASES** |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this day and incorporated herein, this action is dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and this multidistrict litigation case is **CLOSED**.

**IT IS FURTHER ORDERED** that Counts One and Five of the Consolidated Amended Complaint are **DISMISSED with prejudice**.

**IT IS FINALLY ORDERED** that the Court declines to exercise supplemental jurisdiction over the state law claims in Counts Two, Three, and Four of the Consolidated Amended Complaint and those Counts are **DISMISSED** without prejudice.

Dated this 13th day of September, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE